IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL RAY BERRYMAN,
ADC #660070                                                                                    PLAINTIFF

v.                                      Case No. 2:17-cv-00201-KGB

TYRONE ALLISON, *et al.*                                                                    DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff Michael Ray Berryman's complaint is hereby dismissed without prejudice for failure to state a claim for relief (Dkt. Nos. 2, 7). Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

So ordered this 25th day of June, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge