# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MICHAEL RAY BERRYMAN,**
**ADC #660070**                                                                    **PLAINTIFF**

v.                         Case No. 2:17-cv-00201-KGB

**TYRONE ALLISON,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Michael Ray Berryman's claims are dismissed without prejudice. The relief sought is denied. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g), and the Court certifies that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

So adjudged this 25th day of June, 2018.

Kristine G. Baker
United States District Judge